IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-079-MOC-DCK

| KEVIN TRUONG, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| TRUIST FINANCIAL CORPORATION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Brian A. Kahn, concerning Sarah A Zielinski, on March 13, 2023. Sarah A Zielinski seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Sarah A Zielinski is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 13, 2023

David C. Keesler
United States Magistrate Judge