# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-079-MOC-DCK

| | |
|---|---|
| KEVIN TRUONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRUIST FINANCIAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Substitute Defendant And Change Caption" (Document No. 20) filed April 11, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Substitute Defendant And Change Caption" (Document No. 20) is **GRANTED**. Truist Bank is hereby substituted for Truist Financial Corporation as Defendant in this matter, and Truist Financial Corporation is hereby dismissed. The Clerk's Office is respectfully directed to update the case caption.

**SO ORDERED**.

Signed: April 11, 2023

David C. Keesler
United States Magistrate Judge