IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-079-MOC-DCK

| KEVIN TRUONG, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| TRUIST BANK, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 39) filed by Local Counsel Brian A. Kahn on June 4, 2024.

Applicant George E. Rudebusch seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 39) is **GRANTED**. George E. Rudebusch is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 4, 2024

David C. Keesler
United States Magistrate Judge